IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30377
Summary Calendar
_____

ROB W. ROBERTS,

Plaintiff-Appellant,

versus

U.S. DEPARTMENT OF ARMY,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CV-472
--------------------
September 26, 2001

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Rob Roberts appeals pro se from a dismissal for untimely service of process. This court reviews for abuse of discretion a dismissal for failure to effect timely service. Systems Signs Supplies v. United States Dep't of Justice, 903 F. 2d 1011, 1013 (5th Cir. 1990). Roberts argues that Rule 4 requires the court to give him guidance on how to effect proper service. Rule 4 requires only that the court notify a claimant that dismissal is impending for lack of timely service. Fed. R. Civ. P. 4(m). The record reflects that the court gave Roberts every consideration, granting

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

multiple time extensions with specific service instructions. Moreover, Roberts's pro se status does not exempt him from effecting proper service. See Kersh v. Derozier, 851 F.2d 1509, 1512 (5th Cir. 1988). Accordingly, the district court did not abuse its discretion in dismissing Roberts's complaint for untimely service.

AFFIRMED.